UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Deoncea O'Neil, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>America's Best Tire, LLC, et al.,<br><br>            Defendants. | No. CV16-0056-PHX DGC<br><br>**ORDER GRANTING JOINT MOTION TO APPROVE FLSA SETTLEMENT** |

The Court has reviewed the parties' Joint Motion to Approve FLSA Settlement. Doc. 72.

**IT IS ORDERED**:

1. The joint motion to approve FLSA settlement (Doc. 72) is **granted.** Plaintiffs' claims are dismissed with prejudice.

2. The Court shall retain jurisdiction over this matter for the limited purpose of ascertaining an appropriate fee for Plaintiffs' attorneys. Plaintiffs' counsel shall have until January 17, 2017, to file any Motion for Attorneys' Fees; responses shall be due on or before January 31, 2017; replies shall be due on or before February 14, 2017 to file a Reply, if any.

Dated this 16th day of December, 2016.

_____
David G. Campbell
United States District Judge